# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0132

VERSUS

CHARLES FAIR

**FEBRUARY 5, 2026**

In Re:    Charles Fair, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 24-51.

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT NOT CONSIDERED.** Counsel failed to comply with the affidavit and return date requirements of Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5. Counsel failed to comply with Rules 4-5(C) (6), (7), (8), (9) and (10), by failing to include a copy of the ruling complained of, the judge's reasons for judgment (if any), the motion at issue, the indictment, a statement that no written opposition was filed, and the pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include the relevant portions of the trial transcript and a copy of any exhibits introduced at the proceedings. Therefore, this court cannot adequately review the ruling at issue herein. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this writ application, the missing items noted above, and a copy of this ruling.

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.